IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-2571 - DDD-GPG

DAVEY MARTINEZ,
    Plaintiff,

v.

ELIZABETH WEYLER,
Personal Representative of the
Estate of Wayne Weyler, Deceased,
TRAVIS CHRISTENSEN,
JAMIE PENNAY,
JASON SAWYER, and
HENRY STOFFEL,

    Defendants.

_____

UNOPPOSED MOTION TO RESTRICT ACCESS TO RESPONSE (ECF 30) AND
COMPLAINT ATTACHED AS EXHIBIT TO RESPONSE (ECF 30-1)
_____

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff, Davey Martinez, files this, Motion to Restrict Documents pursuant to D.C.COLO.LCivR 7.2(c), and would show the following:

### Certificate of Conference

Pursuant to D.C.COLO.LCivR 7.1(a), the Parties have conferred regarding the relief sought herein. This motion is <u>unopposed</u>.

### Motion to Restrict

1. Pursuant to D.C.COLO.LCivR 7.2, Plaintiff requests that ECF 30 and ECF 30-1 be filed under restriction under Level 1 – limiting access to the Parties and the Court.

2. ECF 30 and ECF 30-1 reference information contained in an Internal Affairs investigation which was deemed CONFIDENTIAL by Mesa County District Court

Judge Brian Flynn in Mesa County Criminal Case No. 18CR1765, People of the State of Colorado v. Davey Martinez.

3. Judge Flynn issued a protective order over the Internal Affairs investigation documents in that case, stating that "the Court deems the documents and information CONFIDENTIAL. CONFIDENTIAL information shall not be disclosed or used for any purpose except solely for the purpose of this case or appellate review. CONFIDENTIAL information shall not, without Order of this Court, be disclosed beyond that necessary for the preparation, trial and/or appeal of this case, Case No. 18CR1765, People of the State of Colorado v. Davey Martinez."

4. Prior to filing this lawsuit, a motion was filed in Mesa County Criminal Case No. 18CR1765 requesting the protective order be removed so that the information in the CONFIDENTIAL documents could be used in this civil rights lawsuit.

5. Judge Flynn denied that motion.

6. Accordingly, Plaintiff filed his Redacted Original Complaint on September 30, 2022 in an abundance of caution not to violate Judge Flynn's protective order.

7. Upon request, a copy of the **Unredacted** Original Complaint was emailed to counsel for the Mesa Defendants on November 11, 2022.

8. The Mesa Defendants then filed a motion to dismiss on December 15, 2022. (ECF 23).

9. In response to the Mesa Defendants' motion to dismiss, Plaintiff deems it necessary to reference allegations that were redacted in ECF 1.

10. Accordingly, Plaintiff attached the Unredacted Original Complaint (ECF 30-1) to his Response to the Mesa Defendants' Motion to Dismiss. (ECF 30).

11. As a result of the information referenced therein being under the protective order in Mesa County Criminal Case No. 18CR1765, both of these filings need to be Restricted, pursuant to D.C.COLO.LCivR 7.2(c).

12. There is no alternative to restriction which would adequately protect the interest in question and prevent the injury that would result if access is not restricted, as redactions were already used but no longer are sufficient.

## Conclusion

For these reasons, Plaintiff Davey Martinez requests Level 1 Restrictions for both ECF 30 and ECF 30-1 pursuant to D.C.COLO.LCivR 7.2(c).

## PRAYER

Plaintiff respectfully asks this Court to grant Plaintiff's Motion to Restrict and for all other relief which Plaintiff is entitled.

Respectfully submitted,

*/s/ James P. Roberts*

SCOTT H. PALMER
JAMES P. ROBERTS

Scott H. Palmer, P.C.
15455 Dallas Parkway
Suite 540, LB 32
Addison, TX 75001
Telephone:   (214) 987-4100
Fax:             (214) 922-9900
Email:  scott@scottpalmerlaw.com
           james@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that on January 20, 2023, a copy of this motion was served on all parties of record via the Court's CM/ECF filing system.

                                                          /s/ *James P. Roberts*
                                                          JAMES P. ROBERTS